## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| BROOKE BREWER and TORY BREWER, Individually and on Behalf of their Minor children, and as Husband and Wife, | ) ) ) ) | **Case No.** 2:25-cv-07587-DCN |
| | ) | |
| Plaintiffs, | ) ) | **DEFENDANT DELTA AIR LINES, INC.'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |
| v. | ) ) | |
| DELTA AIRLINES, INC., & UNIFI AVIATION, LLC a/k/a UNIFI SERVICE | ) ) ) | |
| Defendant. | | |

Defendant Delta Air Lines, Inc., improperly spelled in the above-referenced action as "Delta Airlines, Inc.," (hereinafter "Delta") by and through the undersigned counsel, hereby responds to the Local Civil Rule 26.01 Interrogatories for the United States District Court for the District of South Carolina.

26.01(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: Delta is unaware at this time of any persons or legal entities which may have a subrogation interest in the Plaintiffs' claim.**

26.01(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiffs have requested a jury trial in her underlying complaint. Delta agrees that this case can proceed as a jury trial.**

26.01(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a

parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

      **ANSWER: Delta is a publicly traded corporation. Delta has no parent corporation.**

26.01(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

      **ANSWER: The Charleston Division is the appropriate venue for this case because the Plaintiffs allege that reside they in Charleston County, South Carolina.**

26.01(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

      **ANSWER: Not applicable.**

26.01(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

      **ANSWER:  Delta is improperly spelled. The proper spelling is "Delta Air Lines, Inc." Delta is not asserting improper identification; just a misnomer.**

26.01(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: The party responsible to the plaintiffs is the person who stole the iPad and uploaded materials to plaintiffs' accounts.**

26.01(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: The Plaintiffs are citizens and residents of the State of South Carolina. Delta is a Delaware corporation with its principal place of business in Georgia. Defendant Unifi Aviation, LLC a/k/a Unifi Service is a Delaware corporation with its principal place of business in Georgia.**

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ G. Robert DeLoach, III*
Kathryn A. Grace, Esquire
*Pro Hac Vice Admission Pending*
G. Robert DeLoach, III, Esquire,
S.C. Federal Bar No. 13252
Aimee Intagliata, Esquire,
S.C. Federal Bar No. 13847
227 West Trade Street, Suite 300
Charlotte, NC 28202
T:  704.302.1330
Kathryn.Grace@wilsonelser.com
Robert.Deloach@wilsonelser.com
Aimee.Intagliata@wilsonelser.com
**Attorneys for Defendant Delta Air Lines, Inc.**

August 19, 2025